# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BioE LLC,

                Plaintiff,

v.

Mediatech, Inc. and James DeOlden,
President of Mediatech, Inc.

                Defendants.

Civil No. 10-cv-02085 (SRN/FLN)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Erika L. Toftness, Leif T. Simonson, Rikke A. Dierssen-Morice, Faegre & Benson LLP, 90 South Seventh Street, Suite 2200, Minneapolis, MN, counsel for Plaintiff.

John E. Radmer, Frank M. Modich, Jeffrey Thompson, Meagher & Geer PLLP, 33 South Sixth Street, Suite 4400, Minneapolis, MN, counsel for Defendants.

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice [Doc. No. 60], filed with the Court on May 9, 2011,

**IT IS ORDERED** that this action is hereby dismissed with prejudice, and without costs or disbursements to any of the parties.

Dated:  May 10, 2011

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge